IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00750-RPM

PRESSTEK, INC.,
KEVIN RAY, PH.D.,

    Plaintiff,
v.

EASTMAN KODK COMPANY,

    Defendant.

_____

ORDER GRANTING MOTION TO SEAL
_____

Upon consideration of the motion to seal documents [20] filed by Eastman Kodak Company on September 29, 2009, it is

ORDERED that the motion is granted and the following documents are filed under seal:

Kodak's Motion to Compel, Exhibits A-1 and A-3, Parts 1 - 9

Kodak's First Supplement to its Motion for Preliminary Injunction, Exhibit A-2.

DATED: September 30, 2009

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge