IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00750-RPM

PRESSTEK, INC.,
KEVIN RAY, PH.D.,

    Plaintiff,
v.

EASTMAN KODK COMPANY,

    Defendant.

_____

ORDER REMOVING CASE FROM CALENDAR CALL
_____

Upon review of the file in this matter, it is

ORDERED that this case is removed from October 2, 2009, Calendar Call.

DATED: September 30, 2009

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge