IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:                March 9, 2010
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki
_____

Civil Action No. 09-cv-00750-RPM

| | |
|---|---|
| PRESSTEK, INC., | James M. Lyons |
| KEVIN RAY, PH.D | Michael D. Plachy |
| | Joy Woller |
| Plaintiffs, | |
| v. | |
| EASTMAN KODAK COMPANY, | Andrew W. Volin |
| | Kelly K. Robinson |
| Defendant. | |

_____

COURTROOM MINUTES
_____

**Hearing on Motion for Extension of Time and to Amend Scheduling Order**

**10:56 a.m.**      **Court in session.**

Court's preliminary remarks, states its summary of the case facts and its view with respect to how proceed.

11:03 a.m.      Statements by Mr. Lyons.
11:04 a.m.      Statements by Mr. Volin.

**ORDERED:**      **Kodak's Motion for Extension of Time to Submit Expert Report, Due to Plaintiffs' Delay in Producing Documents and to Conduct Additional Limited Discovery Based on Recently Provided Documents, and to Amend Scheduling Order, filed February 18, 2010 [73], is denied at this time.**

**Plaintiffs' Second Motion to Compel Defendant to Respond to Discovery as Previously Ordered by the Court and Motion for Attorneys' Fees and Costs, filed March 2, 2010 [78], is denied at this time.**

**All discovery is stayed.**

**Plaintiffs' motion for partial summary judgment is due by April 8, 2010.**

**11:08 a.m. Court in recess.**      Hearing concluded.  Total time: 12 min.