# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                September 29, 2010
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki
_____

Civil Action No. 09-cv-00750-RPM

PRESSTEK, INC.,                                              James M. Lyons
KEVIN RAY, PH.D                                              Joy Woller

      Plaintiffs,

v.

EASTMAN KODAK COMPANY,                                      Andrew W. Volin
                                                            Kelly K. Robinson
      Defendant.                                 Scott Feldman
_____

## COURTROOM MINUTES
_____

**Hearing on Motion for Partial Summary Judgment**

**2:26 p.m.**        **Court in session.**

Court's preliminary remarks.

**ORDERED:**   **Scott Feldman's appearance for defendant accepted** (Crowell / Moring, 3 Park Plaza, 20th Floor, Irvine, CA 92614-8505, 949-798-1372)**.**

Court states it view of the pending motion based on its review of the pleading.

**ORDERED:**   **Kodak's Motion for Preliminary Injunction, filed April 21, 2009 [4], is denied.**

Argument by Mr. Lyons.
Argument by Mr. Volin.
Further argument by Mr. Lyons and answers questions asked by the Court.

**ORDERED:**   **Plaintiffs' Motion for Partial Summary Judgment, filed April 15, 2010 [99] / [101], is taken under advisement.**

**ORDERED:**   **Status Conference scheduled November 5, 2010 at 3:00 p.m. Counsel permitted to file a joint report.**

**ORDERED:**   **Order of Reference to Magistrate Judge [39] is vacated.**

**3:17 p.m.**        **Court in recess.**   Hearing concluded. Total time: 51 min.