IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00750-RPM

PRESSTEK, INC.,
KEVIN RAY, PH.D.,

    Plaintiff,
v.

EASTMAN KODAK COMPANY,

    Defendant.
_____

ORDER
_____

    Pursuant to the hearing on September 29, 2010, and by agreement of counsel, it is

    ORDERED that the Order of Reference to Magistrate Judge of Discovery Disputes [39] is vacated and it is

    FURTHER ORDERED that a status conference will be convened on **November 5, 2010, at 3:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

    DATED: September 30th, 2010

                                BY THE COURT:

                                s/Richard P. Matsch

                                _____
                                Richard P. Matsch, Senior District Judge