# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                  November 5, 2010
Courtroom Deputy:      J. Chris Smith
FTR Technician:        Kathy Terasaki

_____

Civil Action No. 09-cv-00750-RPM

PRESSTEK, INC.,                                              James M. Lyons
KEVIN RAY, PH.D                                              Joy Woller

      Plaintiffs,

v.

EASTMAN KODAK COMPANY,                                       Andrew W. Volin
                                                             Kelly K. Robinson
      Defendant.                                             Scott Feldman

_____

## COURTROOM MINUTES
_____

**Status Conference**

**2:05 p.m.**        **Court in session.**

**ORDERED:**   Unopposed Motion for Order Limiting Discoverability of Expert Information, filed November 4, 2010 [121], is granted.

Discussion regarding experts.

**ORDERED:**   Motion for Partial Summary Judgment, filed April 15, 2010 [101] re [99], is denied.

Discussion regarding experts, discovery and case claims.

Court prohibits requests for admissions and contention interrogatories.

Counsel further agree that Colorado law is applicable.

**ORDERED:**   Motions to Amend Scheduling Order are moot.

**ORDERED:**   Stay lifted.
              Additional Scheduling Conference set February 18, 2011 at 2:00 p.m.
              Counsel to submit revised proposed scheduling order by 4:00 p.m. February 10, 2011.

**2:25 p.m.**        **Court in recess.**   Hearing concluded.  Total time: 20 min.