IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00750-RPM

PRESSTEK, INC.,
KEVIN RAY, PH.D.,

    Plaintiff,

v.

EASTMAN KODAK COMPANY,

    Defendant.
_____

ORDER LIMITING DISCOVERABILITY OF EXPERT INFORMATION
_____

Upon review of Defendant's Unopposed Motion for Order Limiting Discoverability of Expert Information [121], filed on November 4, 2010, it is

ORDERED that

(1) before December 1, 2010, the Parties will proceed as if the amendments to Rule 26 as to the trial preparation of experts – scheduled to take effect on December 1, 2010, – have been in effect since the time the Action was filed; and

(2) after December 1, the amendments to Rule 26, will apply retroactively to the entire Action, as well as govern all future discovery in the Action including, but not limited to, its provisions governing the trial preparation of experts.

DATED:   November 5th, 2010

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge