IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00750-RPM

PRESSTEK, INC.,
KEVIN RAY, PH.D.,

      Plaintiff,
v.

EASTMAN KODAK COMPANY,

      Defendant.
_____

ORDER SETTING PRETRIAL CONFERENCE AND TRIAL DATES AND DISCOVERY DEADLINE
_____

      Pursuant to the additional scheduling conference held on February 18, 2011, it is

      ORDERED that a pretrial conference is scheduled for **October 14, 2011, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**.  The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m. on October 6, 2011.**  The conference is conducted with lead counsel present in person.  No parties or representatives of parties will be permitted to attend.   It is

      FURTHER ORDERED that this matter is set for trial to the Court on **November 7, 2011, at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.  It is

      FURTHER ORDERED that the discovery cut-off date is June 2, 2011.

2

DATED: February 25th, 2011

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge