**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-00750-RPM

PRESSTEK, INC.,
KEVIN RAY, PH.D.,

    Plaintiffs-Counterclaim Defendants,

v.

EASTMAN KODAK COMPANY,

    Defendant-Counterclaim Plaintiff.

_____

**STAY ORDER**
_____

Upon consideration of the Joint Notice of Settlement And Request For Stay, filed by Plaintiffs and Counterclaim Defendants Presstek, Inc. and Kevin Ray, Ph.D., and Defendant and Counterclaim Plaintiff Eastman Kodak Company on April 21, 2011, it is

ORDERED, that this action is stayed for 30 days.

DATED this 21st day of April, 2011.

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge