IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00750-RPM

PRESSTEK, INC.,
KEVIN RAY, PH.D.,

    Plaintiff,

v.

EASTMAN KODAK COMPANY,

    Defendant.
_____

## ORDER FOR DISMISSAL
_____

    Pursuant to the Stipulation for Dismissal, with Prejudice [172], it is

    ORDERED that this action is dismissed with prejudice, each party to pay their own attorneys' fees and costs.

    DATED: May 27th, 2011

                            BY THE COURT:

                            s/Richard P. Matsch
                            _____
                            Richard P. Matsch, Senior District Judge